IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 11, 2008

Charles R. Fulbruge III
Clerk

No. 07-40921
Summary Calendar

JOSE V ABANO

Plaintiff - Appellant

v.

MICHAEL CHERTOFF, SECRETARY, DEPARTMENT OF HOMELAND
SECURITY

Defendant - Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:06-CV-23

Before REAVLEY, SMITH, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Jose Abano brought this Title VII suit against the Department of Homeland Security, alleging race and national origin discrimination. The district court granted the Department summary judgment, concluding that Abano's suit was not timely. For the reasons set forth in the district court's opinion, we AFFIRM.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.